# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk  
      United States District Court

DATE: December 4, 2015

RE: Cardellia Anderson

**Bankruptcy Case No.** 15-63476-wlh

___

Cardellia Anderson  
**Respondent/ Appellant**  
v.  
Kyle A. Cooper, as Trustee  
Law Office of Danielle J. Eliot, PC  
Ralmark, LP, d/b/a Lincoln Hills Apartments  
**Movant/Appellee**

**Adversary Case No.**

## SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 12/02/15  Doc. No. 88 (All five Appeals filed in one document)  
☒ File date of Order being appealed from 12/02/15  Doc. No's.  
    82 - Order on Debtor's Motion to Reconsider Abandonment of Property and Debtor's Objection to Abandonment of Property  
    83 - Order on Debtors Motion for Attorney to Return Money Paid for Bankruptcy  
    84 - Order on Debtor's Motion for Emergency Recusal of Bankruptcy Judge  
    31 - Order Approving Settlement Agreement and Modifying Stay  
    86 - Amended Order Approving Settlement Agreement and Modifying Stay

___

☐ Supplemental Record to USDC Case No.  
☐ Other:

Contents of Record:

☐ Entire Record  ☐ Designated items of  ☐ Appellant(s)  ☐ Appellee  
Doc's – 82, 83, 84, and 31 & 86  
Filing Fee Paid - ☐ Yes  ☒ No  
In Forma Pauperis -  ☐ GRANTED  ☐ DENIED  
Volumes of Record  
Volumes of Transcript/Depositions  
[# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:  
    USDC Case Number:  
    USDC Judge Assignment:  
    Previous case numbers in related appeal cases:

FROM: M. Regina Thomas, Clerk  
        United States Bankruptcy Court

By: /s/ _____  
      Justin Matott, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009)