**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 15−63476−wlh

|  |  |
|---|---|
| *Assigned to:* Judge Wendy L. Hagenau | *Date filed:* 07/18/2015 |
| Chapter 7 | *341 meeting:* 01/11/2016 |
| Voluntary | *Deadline for filing claims (govt.):* 01/14/2016 |
| No asset | *Deadline for objecting to discharge:* 10/26/2015 |
|  | *Deadline for financial mgmt. course:* 10/13/2015 |

*Debtor*
**Cardellia Anderson**
PO Box 671842
Marietta, GA 30006
COBB−GA
SSN / ITIN: xxx−xx−9227

represented by **Cardellia Anderson**
PRO SE

**Danielle J. Eliot**
Law Office of Danielle J. Eliot, PC
Suite 151
2470 Windy HIll Road, SE
Marietta, GA 30067
770−672−6735
Fax : 770−726−9725
Email: danielle@djelawfirm.com
*TERMINATED: 11/16/2015*

*Trustee*
**Kyle A. Cooper**
Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075
(678) 507−0213
*TERMINATED: 11/13/2015*

represented by **Kathleen Steil**
Greene &Cooper, LLP
615 Colonial Park Drive
Suite 104
Roswell, GA 30075
(678) 507−0213
Fax : (678) 507−0217
Email: ksteil@greenecooper.com
*TERMINATED: 11/13/2015*

*Trustee*
**M. Denise Dotson**
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303
(404) 526−8869
*TERMINATED: 11/17/2015*

represented by **M. Denise Dotson**
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303
(404) 526−8869
Fax : (404) 526−8855
Email: dotsontrustee@me.com
*TERMINATED: 11/17/2015*

*Trustee*
**Janet G. Watts**
600 North Glynn Street
Suite C
Fayetteville, GA 30214
(770) 461−1320

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW

represented by **Thomas Wayne Dworschak**
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW

Atlanta, GA 30303  
404–331–4437

Atlanta, GA 30303  
(404) 331–4437 – ext. 145  
Email: thomas.w.dworschak@usdoj.gov

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 07/18/2015 | | 1 | Voluntary Petition (Chapter 7). Fee $ 335, Filed by Danielle J. Eliot of Law Office of Danielle J. Eliot, PC on behalf of Cardellia Anderson. Government Proof of Claim due by 1/14/2016. (Eliot, Danielle) |
| 07/18/2015 | | 2 | Statement of Social Security Number (Official Form B21) (Document is restricted and can only be viewed by Court staff.) filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Eliot, Danielle) |
| 07/18/2015 | | 3 | Credit Counseling Service Certificate filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Eliot, Danielle) |
| 07/20/2015 | | 4 | Notice of Meeting of Creditors (Chapter 7) 341 Meeting to be held on 08/26/2015 at 09:30 AM at Hearing Room 365, Atlanta. Objections for Discharge due by 10/26/2015. Financial Management Course due: 10/13/2015. (Admin.) |
| 07/22/2015 | | | Deadline set for filing of Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, Self–employed or other explanation. Debtor Payment Advices Due:8/3/2015, (related document(s)1 Initial Docs01: Voluntary Petition (Chapter 7) filed by Cardellia Anderson) (hd) |
| 07/22/2015 | | 5 | Order Regarding Unpaid Filing Fee in the Amount of $ 335.00 . Service by BNC. Entered on 7/22/2015. Filing Fee Due on: 7/29/2015, (related document(s)1 Initial Docs01: Voluntary Petition (Chapter 7) filed by Cardellia Anderson)(hd) |
| 07/22/2015 | | 6 | Receipt of Initial Docs01: Voluntary Petition (Chapter 7)(15–63476) [misc,1011aty] ( 335.00) filing fee. Receipt Number 39207497. Fee Amount 335.00 (re: Doc# 1) (U.S. Treasury) |
| 07/23/2015 | | 7 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 07/23/2015. (Admin.) (Entered: 07/24/2015) |
| 07/24/2015 | | 8 | Certificate of Mailing by BNC of Order Regarding Unpaid Filing Fees Notice Date 07/24/2015. (Admin.) (Entered: 07/25/2015) |
| 08/05/2015 | | 9 | Payment Advices of Debtor, filed by Danielle J. Eliot on behalf of Cardellia Anderson. (related document(s) Deficiency Re: Payment Advices)(Eliot, Danielle) |
| 08/26/2015 | | | Section 341(a) meeting held and concluded (lhd) (Entered: 08/28/2015) |
| 08/27/2015 | | | (WITHDRAWN) Chapter 7 Trustee's Report of No Distribution: I, Kyle A. Cooper, having been appointed trustee of the estate of the above–named debtor(s), report that I have neither received any |

| | | | |
|---|---|---|---|
| | | | property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above–named debtor(s) has been fully administered.. I request that I be discharged from any further duties as trustee. No party in interest has filed a request for an order of dismissal pursuant to 11 USC 521(i)(2).. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 4103.00, Claims Scheduled: $ 102490.77, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 102490.77. (Cooper, Kyle) Modified on 11/13/2015 (ysg). |
| 09/01/2015 | | 10 | Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under 521(i)(1), Debtor is not required to file any further document pursuant to 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information. (ADIclerk) |
| 09/09/2015 | | 11 | Amendment to Schedules: Schedule F, with Certificate of Service (creditors added) Fee Collected $ 30, Amended Schedule G , Amended Summary of Schedules &Statistical Summary filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Attachments: # 1 schedules) (Eliot, Danielle) Modified on 9/10/2015 (ggd). |
| 09/12/2015 | | 12 | Receipt of Amendment to Schedules D, E and/or F(FEE)(15–63476–wlh) [misc,729] ( 30.00) filing fee. Receipt Number 39681636. Fee Amount 30.00 (re: Doc# 11) (U.S. Treasury) |
| 09/16/2015 | | 13 | Motion to Avoid Lien with REDSTONE FEDERAL CREDIT UNION with Notice to Respond Within 21 Days filed by Danielle J. Eliot on behalf of Cardellia Anderson. Responses due by 10/13/2015, (Eliot, Danielle) |
| 09/17/2015 | | 14 | Motion for Relief from Stay *seeking retroactive annulment of stay*, Fee $ 176 filed by Justin D. Kreindel on behalf of Ralmark, LP. Hearing to be held on 10/1/2015 at 09:30 AM in Courtroom 1403, Atlanta, (Attachments: # 1 Exhibit Conciliation Agreement) (Kreindel, Justin) |
| 09/17/2015 | | 15 | Receipt of Motion for Relief from Stay(15–63476–wlh) [motion,185] ( 176.00) filing fee. Receipt Number 39730520. Fee Amount 176.00 (re: Doc# 14) (U.S. Treasury) |
| 09/23/2015 | | 16 | Motion to Withdraw as Attorney of Record filed by Danielle J. Eliot on behalf of Cardellia Anderson. Hearing to be held on 10/1/2015 at 09:30 AM in Courtroom 1403, Atlanta, (Attachments: # 1 Exhibit |

| | | | |
|---|---|---|---|
| | | | letter to debtor #2 creditor matrix) (Eliot, Danielle) |
| 09/25/2015 | | 17 | Personal Financial Management Course Certificate For Debtor filed by Danielle J. Eliot on behalf of Cardellia Anderson. (related document(s)4 Meeting of Creditors (Chapter 7))(Eliot, Danielle) |
| 09/29/2015 | | 18 | Response to Motion *for relief from stay* filed by Danielle J. Eliot on behalf of Cardellia Anderson. (related document(s)14 Motion for Relief from Stay filed by Ralmark, LP) (Eliot, Danielle) |
| 09/29/2015 | | 19 | Amended Schedule B , Amended Schedule C , Amended Summary of Schedules, Amended Statistical Summary filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Attachments: #1 schedules) (Eliot, Danielle) Modified on 9/30/2015 (hd). |
| 09/30/2015 | | 20 | Withdrawal of Document filed by Danielle J. Eliot on behalf of Cardellia Anderson. (related document(s)16 Motion to Withdraw as Attorney)(Eliot, Danielle) |
| 10/01/2015 | | | COURT NOTES: Rescheduled Hearing to be held on 10/22/2015 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)14 Motion for Relief from Stay filed by Ralmark, LP) (bjl) |
| 10/07/2015 | | 21 | Motion to Approve Settlement Agreement *and Request for Expedited Hearing* filed by Justin D. Kreindel on behalf of Ralmark, LP. (Attachments: #1 Exhibit A – Conciliation Agreement) (Kreindel, Justin) (smw). |
| 10/07/2015 | | 22 | Order and Notice of Assignment of Hearing. Service by BNC. Entered on 10/7/2015. Hearing to be held on 10/22/2015 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)21 Motion to Approve Settlement Agreement filed by Ralmark, LP)(asb) |
| 10/08/2015 | | 23 | Notice of Withdrawal of Trustees Report of No Distribution Filed by Kyle A. Cooper on behalf of Kyle A. Cooper. (related document(s) Chapter 7 Trustee's Report of No Distribution – No Funds)(Cooper, Kyle) |
| 10/09/2015 | | 24 | Certificate of Mailing by BNC of Order and Notice Notice Date 10/09/2015. (Admin.) (Entered: 10/10/2015) |
| 10/15/2015 | | 25 | Certificate of Service filed by Justin D. Kreindel on behalf of Ralmark, LP. (Attachments: #1 Exhibit Creditor Mailing Matrix) (related document(s)22 Order and Notice)(Kreindel, Justin) |
| 10/19/2015 | | 26 | Notice of Appearance Filed by Kathleen Steil on behalf of Kyle A. Cooper. (Steil, Kathleen) |
| 10/19/2015 | | 27 | Trustee's Response in Opposition to Motion to Approve Settlement and Request for Expedited Hearing filed by Kathleen Steil on behalf of Kyle A. Cooper. (related document(s)21 Motion to Approve Settlement Agreement filed by Ralmark, LP) (Steil, Kathleen) Modified on 10/20/2015 (slj). |
| 10/20/2015 | | 28 | Response to Motion filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Attachments: #1 Exhibit documents in relation to HUD complaint, and counterclaim issues #2 Exhibit code violation letter page 1 #3 Exhibit code violation letter page 2)(related |

| | | | |
|---|---|---|---|
| | | | document(s)21 Motion to Approve Settlement Agreement filed by Ralmark, LP) (Eliot, Danielle) |
| 10/20/2015 | | 29 | Order GRANTING Motion to Avoid Lien with REDSTONE FEDERAL CREDIT UNION (Related Doc # 13) Service by BNC. Entered on 10/20/2015. (hd) |
| 10/22/2015 | | 30 | Certificate of Mailing by BNC of Order on Motion to Avoid Lien Notice Date 10/22/2015. (Admin.) (Entered: 10/23/2015) |
| 10/30/2015 | | 31 | Order GRANTING Motion to Approve Settlement Agreement and Modifying Stay (Related Doc # 21) Service by BNC. Entered on 10/30/2015. (jwc) |
| 11/01/2015 | | 32 | Certificate of Mailing by BNC of Order to Approve Settlement Agreement Notice Date 11/01/2015. (Admin.) (Entered: 11/02/2015) |
| 11/02/2015 | | 33 | Motion to Reconsider *Order Granting Retroactive Annulment of Automatic Stay and Response to Settlement Agreement Approval* filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Eliot, Danielle). Related document(s) 31 Order on Motion to Approve Settlement. Modified on 11/3/2015 (mbr). |
| 11/03/2015 | | 34 | Notice of Hearing. Service by BNC. Hearing to be held on 11/10/2015 at 01:30 PM in Courtroom 1403, Atlanta, (related document(s)33 Motion to Reconsider filed by Cardellia Anderson) (bjl) |
| 11/04/2015 | | 35 | Motion for Continuance*of hearing on Motion to Reconsider* filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Eliot, Danielle) |
| 11/04/2015 | | 36 | Response to Motion filed by Justin D. Kreindel on behalf of Ralmark, LP. (related document(s)35 Motion for Continuance filed by Cardellia Anderson) (Kreindel, Justin) |
| 11/05/2015 | | 37 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 11/05/2015. (Admin.) (Entered: 11/06/2015) |
| 11/06/2015 | | 38 | Notice of Hearing. Service by BNC. Hearing to be held on 11/10/2015 at 01:30 PM in Courtroom 1403, Atlanta, (related document(s)35 Motion for Continuance filed by Cardellia Anderson, 36 Response to Motion filed by Ralmark, LP) (nmt) |
| 11/08/2015 | | 39 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 11/08/2015. (Admin.) (Entered: 11/09/2015) |
| 11/09/2015 | | 40 | Amended Motion to Reconsider filed by Danielle J. Eliot on behalf of Cardellia Anderson. (related document(s)33 Motion to Reconsider filed by Cardellia Anderson) (Eliot, Danielle) |
| 11/10/2015 | | 41 | Response in Opposition to Debtors Motion for Reconsideration of the Courts Order Approving Settlement and Granting Retroactive Annulment of Stay filed by Justin D. Kreindel on behalf of Ralmark, LP. (related document(s)33 Motion to Reconsider filed by Cardellia Anderson, 40 Motion to Reconsider filed by Cardellia Anderson) (Kreindel, Justin) Modified on 11/12/2015 (hd). |

| Date | | Doc # | Description |
|---|---|---|---|
| 11/10/2015 | | 42 | Motion to Withdraw as Attorney of Record filed by Danielle J. Eliot on behalf of Cardellia Anderson. (Attachments: # 1 Exhibit letter to debtor acknowledging Debtor's desire to release attorney) (Eliot, Danielle) |
| 11/11/2015 | | 43 | Trustee's Notice of Abandonment of Property (abandonment of counterclaims asserted by Debtor to dispossessory proceeding) Filed by Kyle A. Cooper on behalf of Kyle A. Cooper. Objections due by 11/30/2015. (Cooper, Kyle) |
| 11/11/2015 | | 44 | Amended Trustee's Notice of Abandonment of Property (abandonment of counterclaims asserted by Debtor to dispossessory proceeding in Cobb County, Georgia) Filed by Kyle A. Cooper on behalf of Kyle A. Cooper. Objections due by 11/30/2015. (related document(s)43 Trustee's Notice of Abandonment of Property filed by Kyle A. Cooper) (Cooper, Kyle) |
| 11/12/2015 | | 45 | Exhibits *creditor matrix for Certificate of Service* filed by Danielle J. Eliot on behalf of Cardellia Anderson. (related document(s)42 Motion to Withdraw as Attorney)(Eliot, Danielle) Modified on 11/13/2015 (hd). |
| 11/12/2015 | | 46 | Amended Schedule A, Amended Schedule B, Amended Schedule C, Amendment to Schedules: Schedule D, Schedule E, Schedule F, with Certificate of Service (creditors added), Fee NOT Collected, Amended Schedule G, Amended Summary of Schedules (not attached) filed by Cardellia Anderson. (hd) (Entered: 11/13/2015) |
| 11/12/2015 | | 47 | ORDER WAIVED (SEE Doc. #85) Notice of deficient filing re: Missing Summary and/or Statistical Summary, Missing Fee . $30.00 Service by BNC. (related document(s)46 Schedule B – Personal Property filed by Cardellia Anderson, Schedule C – Property Claimed as Exempt, Amendment to Schedules D, E and/or F(FEE), Schedule G – Executory Contracts and Unexpired Leases, Summary of Schedules) (hd) Modified on 12/2/2015 (smw). (Entered: 11/13/2015) |
| 11/12/2015 | | 56 | Amended Schedule (Entered: 11/16/2015) |
| 11/13/2015 | | 48 | Notice of Resignation (Notice of Resignation as Chapter 7 Trustee for the Estate of Cardellia Anderson) Filed by Kyle A. Cooper on behalf of Kyle A. Cooper. (Cooper, Kyle) |
| 11/13/2015 | | 49 | Order GRANTING Motion for Continuance of Hearing (Related Doc # 35) Service by BNC. Entered on 11/13/2015. Hearing to be held on 12/1/2015 at 09:00 AM in Courtroom 1403, Atlanta, (asb) |
| 11/13/2015 | | 50 | Notice of Appointment of Successor Trustee. Trustee Kyle A. Cooper terminated from case. M. Denise Dotson added to case as Trustee,, Notice of Special Meeting Pursuant to F.R.B.P. 2003(f) Filed by R. Jeneane Treace on behalf of Office of the United States Trustee. Meeting to be held on 1/6/2016 at 11:00 AM at Hearing Room 367, Atlanta. (related document(s)48 Notice filed by Kyle A. Cooper) (Treace, R.) |
| 11/14/2015 | | 51 | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 11/14/2015. (Admin.) (Entered: 11/15/2015) |

6

| | | | |
|---|---|---|---|
| 11/14/2015 | | 52 | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 11/14/2015. (Admin.) (Entered: 11/15/2015) |
| 11/15/2015 | | 53 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 11/15/2015. (Admin.) (Entered: 11/16/2015) |
| 11/15/2015 | | 54 | Certificate of Mailing by BNC of Order on Motion for Continuance Notice Date 11/15/2015. (Admin.) (Entered: 11/16/2015) |
| 11/16/2015 | | 55 | "NOTICE NOT SERVED" Notice Rescheduling Meeting of Creditors. Service by BNC. 341 Meeting to be held on 1/6/2016 at 11:00 AM in Hearing Room 367, Atlanta. (rf) Modified on 11/16/2015 (rf). |
| 11/16/2015 | | 57 | Order |
| 11/16/2015 | | 58 | Order Releasing Danielle J. Eliot as Counsel of Record (Related Doc # 42) Service by BNC. Entered on 11/16/2015. (scm) |
| 11/16/2015 | | 59 | Amended Summary of Schedules and Statistical Summary of Certain Liabilities filed by Cardellia Anderson . (related document(s)46 Amended Schedules)(scm) |
| 11/16/2015 | | 60 | Application for Waiver of Chapter 7 Filing Fee filed by Cardellia Anderson . (scm) |
| 11/16/2015 | | 61 | Motion Opposing 341 Meeting filed by Cardellia Anderson. (scm) |
| 11/16/2015 | | 62 | Motion Objecting to Trustee Abandonment of Propery filed by Cardellia Anderson. (related document(s)43 Trustee's Notice of Abandonment of Property filed by Kyle A. Cooper)(scm) |
| 11/16/2015 | | 63 | Motion for Attorney Danielle Eliott to Return Money Paid for Bankruptcy filed by Cardellia Anderson. (scm) |
| 11/16/2015 | | 64 | Trustee's Rejection of Appointment Filed by M. Denise Dotson on behalf of M. Denise Dotson. (Dotson, M.) |
| 11/16/2015 | | 65 | Motion Appeal/Reconsider of Abandment of Property by Former Trustee Kyle A Cooper filed by Cardellia Anderson. (scm) |
| 11/17/2015 | | 66 | Order and Notice of Assignment of Hearing. Entered on 11/17/2015. Hearing to be held on 12/1/2015 at 09:00 AM in Courtroom 1403, Atlanta, (related document(s)60 Application for Waiver of Chapter 7 Filing Fee filed by Cardellia Anderson, 61 Motion Opposing 341 Meeting filed by Cardellia Anderson, 62 Objection to Trustee's Abandonment of Property filed by Cardellia Anderson, 63 Motion for Attorney Danielle Eliot to Return Money Paid for Bankruptcy filed by Cardellia Anderson, 65 Motion Appeal/Reconsider of Abandonment of Poperty filed by Cardellia Anderson)(scm) |
| 11/17/2015 | | 67 | Notice of Appointment of Successor Trustee. Trustee M. Denise Dotson terminated from case. Janet G. Watts added to case as Trustee,, Notice of Special Meeting Pursuant to F.R.B.P. 2003(f) Filed by R. Jeneane Treace on behalf of Office of the United States Trustee. Meeting to be held on 12/14/2015 at 03:30 PM at Hearing |

| | | | |
|---|---|---|---|
| | | | Room 365, Atlanta. (related document(s)64 Trustee's Rejection of Appointment filed by M. Denise Dotson) (Treace, R.) |
| 11/18/2015 | | 68 | Motion to Vacate Order for Retroactive Relief and for Automatic Stay to be Continued / Extended filed by Cardellia Anderson . (related document(s)31 Order on Motion to Approve Settlement) (abs) |
| 11/18/2015 | | 69 | Amended Schedule B filed by Cardellia Anderson .(abs) |
| 11/18/2015 | | 70 | Amended Schedule (scm) |
| 11/18/2015 | | 71 | Order (scm) |
| 11/18/2015 | | 72 | Certificate of Mailing by BNC of Order on Motion to Withdraw as Attorney Notice Date 11/18/2015. (Admin.) (Entered: 11/19/2015) |
| 11/18/2015 | | 73 | Certificate of Mailing by BNC of Notice of Special Meeting Notice Date 11/18/2015. (Admin.) (Entered: 11/19/2015) |
| 11/19/2015 | | 74 | Order and Notice of Assignment of Hearing. Entered on 11/19/2015. Hearing to be held on 12/1/2015 at 09:00 AM in Courtroom 1403, Atlanta, (related document(s)68 Motion to Vacate Order for Retroactive Relief and for Automatic Stay to be Continued/Extended filed by Cardellia Anderson)(scm) |
| 11/20/2015 | | 75 | Motion for Emergency Recusal of Bankruptcy Judge filed by Cardellia Anderson. (scm) |
| 11/20/2015 | | 76 | Notice of Hearing. Service by BNC. Hearing to be held on 12/1/2015 at 09:00 AM in Courtroom 1403, Atlanta, (related document(s)75 Motion to Recuse Judge filed by Cardellia Anderson) (scm) |
| 11/20/2015 | | 77 | Certificate of Mailing by BNC of Notice of Special Meeting Notice Date 11/20/2015. (Admin.) (Entered: 11/21/2015) |
| 11/22/2015 | | 78 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 11/22/2015. (Admin.) (Entered: 11/23/2015) |
| 11/23/2015 | | 79 | Certificate of Service. (related document(s)76 Notice of Hearing.) (scm) |
| 12/01/2015 | | 80 | Notice Rescheduling Meeting of Creditors Filed by R. Jeneane Treace on behalf of Office of the United States Trustee. 341 Meeting to be held on 1/11/2016 at 03:30 PM in Hearing Room 365, Atlanta. (Treace, R.) |
| 12/02/2015 | | 81 | Order Denying Debtor's Motion Opposing 341 Meeting. The Chapter 7 Trustee may proceed with a 341 meeting. (Related Doc # 61) Service by BNC. Entered on 12/2/2015. (smw) |
| 12/02/2015 | | 82 | ORDERED that the Trustee's Notice of Abandonment of the property defined in the Order is approved. Service by BNC. Entered on 12/2/2015. (related document(s)43 Trustee's Notice of Abandonment of Property filed by Kyle A. Cooper, 44 Amended Trustee's Notice of Abandonment of Property filed by Kyle A. |

| | | | |
|---|---|---|---|
| | | | Cooper, 62 Motion Objecting to the Trustees Proposed Abandonment, 65 Motion Appeal/Reconsider of Abandonment of Property by Former Trustee Kyle A. Cooper filed by Cardellia Anderson)(smw) |
| 12/02/2015 | | 83 | Order on Debtors Motion for Attorney to Return Money Paid for Bankruptcy. ORDERED that Danielle J. Eliot return to Ms. Anderson the sum of $250.00 to bedelivered to Ms. Anderson no later than 10 days from the date hereof (Related Doc # 63 Motion for Attorney Danielle Eliott to Return Money Paid for Bankruptcy filed by Cardellia Anderson Service by BNC. Entered on 12/2/2015. (smw) |
| 12/02/2015 | | 84 | Order DENYING Motion to Recuse Judge (Related Doc # 75 Emergency Motion for Recusal of this Judge on November 20, 2015 filed by Cardellia Anderson) Service by BNC. Entered on 12/2/2015. (smw) |
| 12/02/2015 | | 85 | Order on Debtors Application to have the Chapter 7 Filing Fee Waived. Debtor qualifies for waiver of the fees associated with filing amendments to theschedules. Service by BNC. Entered on 12/2/2015. (related document(s)47 Notice of Deficiency)(smw) |
| 12/02/2015 | | 86 | Amended Order Approving Settlement Agreement and Modifying Stay. (related document(s)14 Motion for Retroactive Annulment of the Stay filed by Ralmark, LP, 21 Motion for Approval and/or Enforcement of Settlement Agreement filed by Ralmark, LP, 31 Order on Motion to Approve Settlement, 33 Motion to Reconsider Order Granting Retroactive Annulment of Automatic Stay and Response to Settlement Agreement Approval filed by Danielle J. Eliot on behalf of Cardellia Anderson, 40 Debtors Amended Motion for consideration of Order Granting Retroactive Annulment of the Automatic Stay and Response to Settlement Agreement Approval by Cardellia Anderson, 68 Motion to Vacate Order for Retroactive Relief and for Automatic Stay to be Continued / Extended filed by Cardellia Anderson Service by BNC, Entered on 12/2/2015 (smw) |
| 12/02/2015 | | 87 | Certificate of Service *(Notice Of Rescheduled Meeting Of Creditors)* filed by Thomas Wayne Dworschak on behalf of Office of the United States Trustee. (related document(s)80 Notice Rescheduling Meeting of Creditors)(Dworschak, Thomas) |
| 12/02/2015 | | 88 | Motion to Appeal Vacate Order Granting Retroactive Relief, Motion to Appeal−Retroactive Relief #86, Motion to Appeal−Emergency Recusal of Bankruptcy Judge−Enbanc #84, Motion to Appeal−Amount Attorney Daniel Eliott was paid #83, Motion to Appeal Trustee's Abandonment of Property #82, Motion to Appeal Order Approving Settlement Agreement, Motion for Judge to Sancution Daniele Elliott, and Motion for a Jury Trial filed by Cardellia Anderson. Appellant Designation due by 12/16/2015, submission by USBC to USDC due by 1/4/2016, Fee Amount $298, receipt #[Not Paid](scm) (Entered: 12/03/2015) |

9