FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 10 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:15-cv-4227-SCJ

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

**Debtor**
Cardellia Anderson

**Appellant**
Cardellia Anderson

V.

**Appellee**
Kyle A. Cooper as Trustee, et al.

MOTION - EMERGENCY TEMPORARY RESTRAINING ORDER

NOW COMES, Cardellia Anderson assert that an Emergency TRO is needed because if a writ is issued in Cobb County Migistrate Court on Friday, December 11, 2015 --- there will be Irreparable harm and no adequate remedy at law related to the federal questions at issue and being appealed in US District Court related to the appeal of the retroactive relief and the counterclaims.

In addition Cobb County Magistrate court lacks subject matter, Federal Question and Diversity Jurisdiction over the issues in this case. Federal courts have original subject matter jurisdiction over cases involving a question or issue of federal law as well
as Diversity jurisdiction. My federal questions related to retroactive Relief is under the purview of the United States District Court of Georgia Northern District (Case 1:15-cv-04227)

Also Federal courts have original subject matter jurisdiction over cases in which the parties have diverse citizenships (i.e., no plaintiff and defendant are citizens of the same state) and in which the amount in controversy exceeds $75,000.

The Plaintiff Ralmark/aka Lincoln Hills is/are headquartered in:

Lincoln Property Company Corporate
Office Headquarters
2000 McKinney Ave., Ste. 1000
Dallas, TX 75201

Ralmark
1276 50th Street Suite 700
Oceanside, NY 11572

In addition my counterclaims are over $100,000 in damages.

§ 735 ILCS 5/11-101. Temporary restraining order
Sec. 11-101. Temporary restraining order. No temporary restraining order shall be granted without notice to the adverse party unless it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before notice can be served and a hearing had thereon. Every temporary restraining order granted without notice shall be indorsed with the date and hour of signing; shall be filed forthwith in the clerk's office; shall define the injury and state why it is irreparable and why the order was granted without notice; and shall expire by its terms within such time after the signing of the order, not to exceed 10 days, as the court fixes, unless within the time so fixed the order, for good cause shown, is extended for a like period or unless the party against whom the order is directed consents that it may be extended for a longer period. The reasons for the granting of the extension shall be stated in the written order of the court. In case a temporary restraining order is granted without notice, the motion for a preliminary injunction shall be set for hearing at the earliest possible time and takes precedence over all matters except older matters of the same character.

What is Notice/Necessity of Notice:
Notice is any type of communication that actually informs the opponent of when the motion for a temporary restraining order will be presented and the subject of the motion. In at least one case, a telephone call made 30 minutes before presentment of the motion for a temporary restraining order was deemed to be sufficient notice. American Warehousing Servs. v. Weitzman, 169 Ill.App.3d 708 (1st Dist. 1988). See also Kolstad v. Rankin, 179 Ill.App.3d 1022, 1029 (4th Dist. 1989) (recognizing that a telephone call or other oral notice might suffice). While these cases recognize that informal notice shortly before a presentment may be sufficient in some cases, a trial court would be well justified in rejecting a TRO based on such short notice unless it was shown that irreparable harm would occur were time taken to give notice. See e.g. Board of Education v. Parlor, 85 Ill.2d 397 (1981)(finding that there was sufficient time to give notice); 735 ILCS 5/11-101.

What is Notice/Necessity of Notice:
Notice is any type of communication that actually informs the opponent of when the motion for a temporary restraining order will be presented and the subject of the motion. In at least one case, a telephone call made 30 minutes before presentment of the motion for a temporary restraining order was deemed to be sufficient notice. American Warehousing Servs. v. Weitzman, 169 Ill.App.3d 708 (1st Dist. 1988). See also Kolstad v. Rankin, 179 Ill.App.3d 1022, 1029 (4th Dist. 1989) (recognizing that a telephone call or other oral notice might suffice). While these cases recognize that informal notice shortly before a presentment may be sufficient in some cases, a trial court would be well justified in rejecting a TRO based on such short notice unless it was shown that irreparable harm would occur were time taken to give notice. See e.g. Board of Education v. Parlor, 85 Ill.2d 397 (1981)(finding that there was sufficient time to give notice); 735 ILCS 5/11-101.

Respettfully,

*[signature]* Ardellia Anderson
12/10/15

1. Summons Dated 9/1/15 NOT 9/3/15

2. Counterclaims - Inhabitable lost of enjoyment

CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over
the age of 18 and that on this day I served the following
parties with a copy of The Response to Motion to Approve
Settlement Agreement by placing true copies of the same in
the United States Mail with adequate postage affixed to insure delivery addressed to:

1. Kyle A. Cooper
   Chapter 7 Trustee
   Suite 102
   615 Colonial Park Drive
   Roswell, GA 30075
   678 507 0213 / 678 920-0793

2. Cardelia Anderson
   P.O. Box 671842
   Marietta, GA 30006
   404 368 9935

3. Richard H. Thomson
   Thomas Bankruptcy LLC
   715 Queen City Parkway #102
   Atlanta GA 30501
   Phone 678-971-4964

4. Ralmark / Lincoln Property
   Michael Williams
   Fowler Hein Cheatwood & Williams
   2970 Clairmont Road #220
   Atlanta GA 30329
   (404) 633-5144

# PROCEEDING AGAINST TENANT HOLDING OVER

Lincoln Hills
Lincoln Property Company
P.O. Box 13489
Atlanta, GA 30324-3605
Plaintiff's Name, Address, Phone Number

Case No. 15-E 13456
DP#: 738530

Atty: A.Didier                211645
Plaintiff's Attorney            Bar #
2970 Clairmont Rd, Park Central, Ste 220
Atlanta, Ga. 30329
Attorney's Address

Cardellia Anderson, And All Other Occupants
2616 Windcliff Drive
Marietta, GA 30067
Defendant's Name and Address

1. Defendant is in possession as tenant of premises at the address in Cobb County as stated above.
2. Affiant is the [ ] Owner; [ ] Attorney; [✓] Agent; [ ] Lessee of said premises.
3. Tenant [✓] fails to pay the rent which is now due; [✓] holds the premises over and beyond the term for which they were rented or leased to him; or [ ] _____.
4. Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
5. Plaintiff desires and has demanded possession of premises.
6. Defendant has failed and refused to deliver possession of premises.

PROCESS SERVER: MAGGARD

WHEREFORE, Plaintiff demands: (a) possession of premises; (b) past due rent of $ $680.00 ; (c) rent accruing up to date of judgment or vacancy at the rate of $$680.00 per month ; (d) Plaintiff Seeks Possession + $52.50 Court Cost + $25.00 Svc Fee
Sep
$5.67 Late Fee Per Day + $127.22 Water & Sewer

SWORN TO AND SUBSCRIBED BEFORE ME THIS
__1st__ DAY OF __Sep__, __2015__
NOTARY PUBLIC OR ATTESTING OFFICER

S. EVANS
(Agent- Address & Phone No.)
CSS Services, Inc.
P.O. Box 13489, Atlanta, GA 30324

## SUMMONS

TO: THE MARSHAL of the Magistrate Court of Cobb County or his lawful deputies and to the Sheriff of Cobb County or his lawful deputies:
GREETINGS: The defendant(s) herein is/are commanded and required personally (or by attorney) to appear at the Magistrate Court of Cobb County, 32 Waddell Street, Marietta, Georgia between the hours of 8:00 a.m. and 5:00 p.m. on or before the SEVENTH day (or on the first business day thereafter if the seventh day falls on Saturday, Sunday, or legal holiday) from the date of service of the within affidavit and summons to answer the affidavit in writing or orally. If answer is NOT made, a Writ of Possession and/or judgment shall issue instanter.
WITNESS the Honorable Judges of this Court.

The affidavit was sworn to and subscribed before the undersigned Deputy Clerk by the Affiant as provided by O.C.G.A. §44-7-50 and summons issued pursuant thereto.

_____
Deputy Clerk, Magistrate Court of Cobb County

Defendant to answer on or before __9-10__
20__15__
_____
Deputy Marshal

## PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
☐ Personally _____ ☐ Defendant not found in the jurisdiction of this Court
☐ To a person sui juris residing on the premises (Name) _____
   Age _____ Wt. _____ Ht. _____
☐ By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

Sworn to, subscribed and filed before me this
_____ day of _____, _____.

Date of Service _____, 20 _____.

_____ Notary Public          _____ Process Server

## WRIT OF POSSESSION

TO THE MARSHAL OF THE MAGISTRATE COURT OF COBB COUNTY OR HIS LAWFUL DEPUTIES AND TO THE SHERIFF OF SAID COUNTY OR HIS LAWFUL DEPUTIES:
You are hereby commanded to remove said defendant, together with his property thereon, from said house or premises and to deliver full and quiet possession of same to Plaintiff herein.

This _____ day of _____, 20 _____.

Tenant ejected _____, 20 _____.
_____ D.M.

_____
Judge, Magistrate Court of Cobb County
Date of Service

*[Handwritten at top: ICIS/ Complaint # Provided by Steve Scofield 9/3/15]*

*[Handwritten right side:]*
*ICIS: 3600081709*
*Incident: 3600243584*

**From:** Cardellia Anderson <cardellia.anderson@yahoo.com>
**Date:** September 1, 2015 at 9:08:31 AM EDT
**To:** "McIlvaine, Pamela" <McIlvaine.Pam@epa.gov>
**Cc:** "Scofield, Steven" <Scofield.Steve@epa.gov>
**Subject: Re: Cardellia Anderson - exposure to Asbestos**

Thank you

On Sep 1, 2015, at 8:47 AM, McIlvaine, Pamela <McIlvaine.Pam@epa.gov> wrote:

You will not receive a formal letter or a complaint number. You will not hear anything further. When the investigation is concluded, you may send a freedom of information request to the Agency to determine the outcome.

**From:** Cardellia Anderson [mailto:cardellia.anderson@yahoo.com]
**Sent:** Tuesday, September 01, 2015 8:39 AM
**To:** McIlvaine, Pamela
**Cc:** Scofield, Steven
**Subject:** Re: Cardellia Anderson - exposure to Asbestos

Thank you,

I was expecting a formal letter from EPA acknowledging my complaint or it is customary that a complaint number is provided.

On Sep 1, 2015, at 8:35 AM, McIlvaine, Pamela <McIlvaine.Pam@epa.gov> wrote:

The investigation into your complaint is still ongoing. We can not provide any comments on ongoing investigations.

Thank you,

Pamela McIlvaine

**From:** Cardellia Anderson [mailto:cardellia.anderson@yahoo.com]
**Sent:** Tuesday, September 01, 2015 8:25 AM
**To:** McIlvaine, Pamela
**Cc:** cardellia anderson; Scofield, Steven
**Subject:** Re: Cardellia Anderson - exposure to Asbestos

Ms. McIlvaine:

I've not heard back from you, please provide the status of my complaint

On Jul 27, 2015, at 2:47 PM, McIlvaine, Pamela <McIlvaine.Pam@epa.gov> wrote:

Ms. Anderson,

*[Handwritten at bottom: Steve Scofield, chief Lead and ?? ?? Section]*

**Subject:** Maintenance Request Submitted by Cardellia Anderson , Property - Lincoln Hills Apartments , Unit No. - 2616

**From:** system@entrata.com (system@entrata.com)

**To:** cardellia.anderson@yahoo.com;

**Date:** Saturday, August 1, 2015 8:24 AM




## Maintenance Request

NOTE: If you are experiencing a Maintenance Emergency, please call the community Emergency Maintenance line. (770) 951-1789

### Summary Info

| | |
|---|---|
| ID: | 2628486 |
| External ID: | 3353735 |
| Date Submitted: | 08/01/2015 |
| Priority: | Make Ready |
| Work Order Status: | Open |
| Created By: | Cardellia Anderson |

### Problem Overview

| | |
|---|---|
| Category: | Make Ready |
| Problem: | Other |
| Location Of Problem: | Other |
| Problem Description: | 2nd request for $300 off for August rent. Inconvenience for resurface of tub. Was unable to use for 3 days. |

### Location

| | |
|---|---|
| Property: | Lincoln Hills Apartments |

### Resident Information

| | |
|---|---|
| Permission To Enter: | Yes |
| Unit: | 2616 |
| Name: | Cardellia Anderson |
| Daytime Phone: | 4043689935 |
| Alternate Phone: | 4043689935 |
| Email Address: | cardellia.anderson@yahoo.com |
| Entry Note: | Requested $300 off August 2015 rent for inconvenience of resurfacing of tub |

### Contact Info

| | |
|---|---|
| Office: | 770-951-1789 |
| Fax: | 770-951-0067 |



Lincoln Hills Manager <lincolnhillsmgr@lincolnapts.com>

## Repairs Per Cobb County

**Lincoln Hills Manager** <lincolnhillsmgr@lincolnapts.com>   Wed, Aug 12, 2015 at 11:26 AM
To: Cardellia Anderson <cardellia.anderson@yahoo.com>
Cc: Mike Williams <JMike@apartmentlaw.com>, Maria Dore <mdore@lpsi.com>, mike.hughes@cobbcounty.org

Ms. Anderson

Per Cobb County the following repairs need to be made in your apartment as soon as possible

1) Leak under kitchen sink
2) increased ventilation of the Utility Closet

Please let me know when we can schedule this work to be completed

Cynthia Rice
District Manager | Lincoln Hills

3500 Windcliff Drive | Marietta, GA 30067

office: 770.951.1789 | fax: 770.951.0067

lincolnhillsmgr@lincolnapts.com | www.lincolnapts.com





The information in this email and any attachments to it is intended solely for the use of the individual or entity to whom it is addressed, and may be confidential and/or legally privileged. If you are not the intended recipient, or if you have received this email in error, please contact us immediately by telephone 770.951.1789 or by returning this email to the sender and delete the original and all copies of this transmission.



# COBB COUNTY
# COMMUNITY DEVELOPMENT AGENCY

P.O. Box 649
Marietta, Georgia 30061-0649
(770) 528-2041 • fax: (770) 528-2049
lmcclead@cobbcounty.org

_____ Lee McClead, CBO
*Development and Inspections Division Manager*

### *******OFFICIAL CORRECTION NOTICE*******

**Inspection Date**: August 10, 2015, 2015
This is to certify that on this date August 11, 2015
I sent a true copy of the within and forgoing notice via U.S. Certified Mail.

**Owner:**  LH Equity II LLC &
**Wyndcliff Partners Inc.**
P O Box 450233
**Atlanta, Ga. 31145**

Certified Mail 7015 0640 0006 9311 0096

**Address at:**
Tenant – Cardellia Anderson
2616 Windcliff Drive
Marietta, Ga. 30067

Location of Violation:
**District    17    Land Lot   785            Unit-Parcel   2**

You are hereby officially notified that the above stated property has been inspected and found to be in violation of the International Property Maintenance Code, as adopted July 1, 2006, with revisions by Cobb County Board of Commissioners. You are further notified to correct the violations stated on the attached list in accordance with applicable codes in a workmanlike manner. Failure to comply with the provisions of the International Property Maintenance Code or to make the corrections stated on the attached list within the time limit specified in this notice is unlawful and will subject you to prosecution in the Cobb County Courts for violation of the International Property Maintenance Code and or a petition to the Court for the purposed of having the property declared unfit for human habitation and directing that the property be placarded.

**Date issued:  August 11, 2015**
Repairs must begin thirty (30) days from the date of the attached letter.
Repairs must be completed forty-five (45) days from the issue date of this document.

### ***See Attached Letter***

## RIGHT of APPEAL

Any person receiving written notice from the Housing Official of deficiencies in his/her property under this Code may enter an appeal in writing to the Board of Adjustments & Appeals within thirty (30) days following the date of such notice. Such appeal shall state the location of the property and the date of the notice of violation. The appellant must state the variance of modification requested the reason(s) therefore, and the hardship of conditions upon which the appeal is made.

If additional information is needed, you may telephone your inspector, Mike Hughes at (770) 528-2044, Cobb County Development & Inspections Division, between 8:00 a.m. and 4:00 p.m., Monday through Friday.

## CODE VIOLATIONS

1. Drain leaking water under kitchen sink. Violation 504.1

    **504.1 General.** All plumbing fixtures shall be properly installed and maintained in working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures are designed. All Plumbing fixtures shall be maintained in a safe, sanitary and functional condition.

2. Combustion air not sufficient in mechanical room. Violation 603.5

    **603.5 Combustion air.** A supply of air for complete combustion of the fuel and for ventilation of the space containing the fuel-burning equipment shall be provided for the fuel-burning equipment.

**Mike Hughes**
*[signature: Mike Hughes]*
**Construction Inspector**

COBB COUNTY MIGISTRATE COURT

Motion for Continuance and Motion to Transfer to State Court

Lincoln Hills, Ralmark                                Case No#15-E-13456

    Plaintiff

v.

Cardellia Anderson

    Defendant

Now comes the Defendant, Cardellia Anderson in the above said case file the above motions.

1.

Pursuant to Uniformed Transfer Rules and the Constitution of the State of Georgia - OCGA 9-11-12; Magistrate court lacks subject matter jurisdiction over this case because it exceeds $15,000. The counterclaim is estimated to be about $16,000. Hence; pursuant to OCGA. 9-11-12 and The Constitution of Georgia and Uniform Transfer Rules, I ask that this matter be transferred to a court of proper jurisdiction.

2.

The Defendant, Cardellia Anderson request for continuance due to a family emergency; to provide care for 73 year old mother who is seriously ill and step father who is a service disabled veteran and suffers from Agent Orange and diabetes; in addition to her disabled sister who requires care. The Defendant beseech that this honorable court provide continuance for this family emergency until December 10, 2015.

Respectfully Submitted,

*Cardellia Anderson* (signature)

Cardellia Anderson

# CERTIFICATE OF SERVICE

The undersigned, hereby certfies that she has on this date served the below listed individauls with a true and correct copy of the attahed pleadings by placing same in the proplery addressed enevelopes with adequate postage thereon and deposting same in the United States Mail.

Respectfully submitted this 10th day of November, 2015.

_Cardellia Anderson_
Cardellia Anderson
2616 Windcliff Drive
Marietta, Georgia
(404)368-9935


Didier, Attorney for Plantiff
2970 Clairmont Road, Park Central, Suite 220
Atlanta, Georgia 30329


Lincoln Hills / Lincoln Property Company
PO Box 13489
Atlanta, Georgia 30324-3605

COBB COUNTY, GA
FILED IN OFFICE
2015 NOV 10 PM 12:39
CLERK MAGISTRATE COURT