# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk　　　　　　　　　　　　　DATE: January 4, 2016
　　　United States District Court

RE:　　Cardellia Anderson　　　　　　　　　　　　　　　　15-63476-wlh
　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　**Bankruptcy Case No.**

　　　　Cardellia Anderson　　　　　　　　　　　　　　　　Adversary Case No.
　　　　**Respondent/Appellant**

　　　　v.

　　　　Kyle A. Cooper, as Trustee
　　　　Danielle J. Eliot, Attorney
　　　　Ralmark, L.P.
　　　　**Movant/Appellee**

## SUPPLEMENTAL S U B M I S S I O N   S H E E T

Submitted on:

☒　Notice of Appeal filed 12/02/15　　　　　　　　　　- Doc. No. 88
☒　File date of Order being appealed from 12/02/15　　- Doc. No. 82, 83, 84, 86
☒　Supplemental Record to USDC Case No.　**15-cv-4227**
☐　Other:

Contents of Record:

☐　　Entire Record ☐ Initial Appeal ☐Designated items of ☐ Appellant(s) ＿ Appellee
　　　Doc's
　　　Filing Fee Paid - ☐　Yes　☒　No
　　　In Forma Pauperis - ☒ GRANTED ☐ DENIED
　　　Volumes of Record
　　　Volumes of Transcript/Depositions
　　　[# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:
　　　USDC Case Number:
　　　USDC Judge Assignment:
　　　Previous case numbers in related appeal cases:

FROM:　　　M. Regina Thomas, Clerk
　　　　　　United States Bankruptcy Court

By: _____/s/_____
　　　Justin Matott, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009)