IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARDELLIA ANDERSON, <br> Appellant/Debtor, <br> v. <br> KYLE A. COOPER, as Trustee, LAW OFFICE OF DANIELLE J. ELLIOT, PC, and RALMARK, LP, d/b/a LINCOLN HILLS APARTMENTS, <br> Appellees. | CIVIL ACTION FILE <br> NO. 1:15-CV-4227-SCJ <br><br> BANKRUPTCY CASE <br> NO. 15-63476-WLH |

## **ORDER**

This civil action is before the Court on its Order of February 16, 2016 [Doc. No. 13] directing appellant Cardellia Anderson ("Ms. Anderson") to file her brief as previously directed or show cause within fourteen (14) days why this case should not be dismissed pursuant to Local Rule 41.3A(1) for want of prosecution. The record reflects that as of this date Ms. Anderson has failed file her brief, show cause, or otherwise comply with the Court's Order. Therefore, this action is **DISMISSED** pursuant to Local Rule 41.3A(2), NDGa, for Ms. Anderson's failure to obey a lawful order of this Court.

**IT IS SO ORDERED**, this 14th day of March, 2016.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE