

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

March 15, 2016

M. Regina Thomas, Clerk
United States Bankruptcy Court
Northern District of Georgia
75 Spring Street, Room 1340
Atlanta, Georgia 30303

    Re:    Civil Action No. 1:15-cv-04227-SCJ
            Bankruptcy No. 15-63476-WLH
            Adversary No. None

        Appellant/Debtor: Cardellia Anderson

Dear Ms. Thomas:

    Enclosed please find a certified copy of the final order and judgment. The bankruptcy record will be forwarded after the appeal time has run. Please acknowledge receipt by returning the enclosed copy of this letter.

                                Sincerely,

                                James N. Hatten
                                District Court Executive
                                and Clerk of Court

                          By: s/ M. York
                              Deputy Clerk

Enclosures